**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KATHLEEN M WINN, an Arizona taxpayer; DIANE WOLFTHAL, an Arizona taxpayer; MAURICE WOLFTHAL, an Arizona taxpayer; LYNN HOFFMAN, an Arizona taxpayer, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ARIZONA CHRISTIAN SCHOOL TUITION ORGANIZATION; ARIZONA SCHOOL CHOICE TRUST; LUIS MOSCOSO; GALE GARRIOTT, in his official capacity as Director of the Arizona Department of Revenue; GLENN DENNARD, <br><br> Defendants - Appellees. | No. 05-15754 <br><br> D.C. No. CV-00-00287-EHC <br> District of Arizona, <br> Phoenix <br><br><br> ORDER |

On Remand from the United States Supreme Court

Before: D.W. NELSON, REINHARDT and FISHER, Circuit Judges.

The judgment of this court, 562 F.3d 1002, is reversed and the case is

remanded to the district court for further proceedings consistent with the decision

of the United States Supreme Court in *Arizona Christian School Tuition*

*Organization v. Winn*, ___U.S.___, 131 S. Ct. 1436 (2011), and the order of the

Supreme Court in *Arizona School Choice Trust v. Winn*, No. 09-998, 131 S. Ct.

2091 (Apr. 18, 2011).